```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 23714
   MARILYN D NICHOLS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3580

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/18/2007 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AMERICAN HOME MTG        CURRENT MORTG          .00            .00            .00
AMERICAN HOME MTG        MORTGAGE ARRE          .00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY           1206.13            .00        1206.13
CAPITAL ONE AUTO FINANCE FILED LATE         9455.00            .00            .00
COMMONWEALTH EDISON      UNSECURED           325.66            .00          25.94
NICOR GAS                UNSECURED         NOT FILED           .00            .00
LENDER SIR FINANCE CORPO UNSECURED         NOT FILED           .00            .00
INTERNAL REVENUE SERVICE UNSECURED          5354.92            .00         426.43
OPTION ONE MORTGAGE      NOTICE ONLY      NOT FILED            .00            .00
ROUNDUP FUNDING LLC      UNSECURED           275.00            .00          21.90
ILLINOIS DEPT OF REVENUE UNSECURED           101.30            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY           1070.98            .00        1070.98
ANTOINE NICHOLS          NOTICE ONLY      NOT FILED            .00            .00
ANTOINE NICHOLS          NOTICE ONLY      NOT FILED            .00            .00
MELVIN J KAPLAN          DEBTOR ATTY         674.00                        674.00
TOM VAUGHN               TRUSTEE                                           297.86
DEBTOR REFUND            REFUND                                              8.76

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  3,732.00

PRIORITY                                           2,277.11
SECURED                                                 .00
UNSECURED                                            474.27
ADMINISTRATIVE                                       674.00
TRUSTEE COMPENSATION                                 297.86
DEBTOR REFUND                                          8.76
                         ---------------       ---------------
TOTALS                   3,732.00                  3,732.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23714 MARILYN D NICHOLS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |